**Order filed, April 23, 2013.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-13-00010-CV

_____

### KING FUELS, INC, Appellant

### V.

### AUSTIN PETROLEUM, INC. D/B/A COBRA TRUCK STOP, BABAR H. HASHIM; AIMS STORES, LLC, ABDUL KHADER AKA MOHAMMED ABDUL KHADER, ALEXANDER OIL COMPANY AND LEE OIL, INC., Appellee

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2010-31771**

## ORDER

The reporter's record in this case was due **February 05, 2013**. *See* Tex. R. App. P. 35.1. On **February 08, 2013**, this court GRANTED **Rhonda Armbruster's** motion for extension of time to file the record on or before **March 07, 2013**. On **March 19, 2013**, this court ordered the court reporter to file the

record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Rhonda Armbruster**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. **No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Rhonda Armbruster** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM